CLOSED, JURY, TDIS

## U.S. District Court
### Northern District of Texas (Fort Worth)
### CIVIL DOCKET FOR CASE #: 4:07-cv-00335
### Internal Use Only

Carter v. Pfizer Inc et al
Assigned to: John McBryde
Case in other court: 153rd JDC, Tarrant County, 153-223442-07
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/05/2007
Date Terminated: 10/18/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Frances Carter**     represented by **Kathryn Snapka**
Snapka Turman & Waterhouse
606 N Carancahua Suite 1511
PO Drawer 20317
Corpus Christi, TX 78403
361/888-7676
Fax: 361/884-8545
Email: ksnapka@stwllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory W Turman**
Snapka Turman & Waterhouse
606 N Carancahua Suite 1511
PO Drawer 20317
Corpus Christi, TX 78403
361/888-7676
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc**     represented by **Kenneth J Ferguson**
Clark Thomas & Winters - Austin
300 W Sixth St Suite 1500
PO Box 1148
Austin, TX 78767-1148
512/472-8800
Fax: 512/474-1129 FAX
Email: vtf@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Certified a true copy of an instrument
on file in my office on 10/18/07
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

**Dimple Desai Shah**
Law Office of Dimple Desai Shah
5216 Westshire Lane
Dallas, TX 75287
972/735-8181
Email: dhd@ctw.com
*ATTORNEY TO BE NOTICED*

**J Andrew Hutton**
Clark Thomas & Winters - Austin
300 W Sixth St Suite 1500
PO Box 1148
Austin, TX 78767-1148
512/472-8800
Fax: FAX
Email: ah1@ctw.com
*ATTORNEY TO BE NOTICED*

**Kelly R Kimbrough**
Clark Thomas & Winters - Austin
300 W Sixth St Suite 1500
PO Box 1148
Austin, TX 78767-1148
512/495-8854
Email: krk@ctw.com
*ATTORNEY TO BE NOTICED*

**Leslie Anne Benitez**
Clark Thomas & Winters - Austin
300 W Sixth St Suite 1500
PO Box 1148
Austin, TX 78767-1148
512/472-8800
Fax: 512/495-8881 FAX
Email: vtf@ctw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jacqueline Guerrero**

**Defendant**

**Bob Davis**

**Defendant**

**Jeanne L Jalufka**                     represented by  **Kenneth J Ferguson**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Kyle M Nelson**

**Defendant**

**Jason D Hahn**

**Defendant**

**Robert G Vial**      represented by    **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathryn K Truitt**

**Defendant**

**Kari A McLuhan**

**Defendant**

**Reynaldo Riojas**

**Defendant**

**Francisco Meza**

**Defendant**

**Jack Barineau**

**Defendant**

**Erica Zeplin**      represented by    **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Quinones**

**Defendant**

**W Lance Goodson**      represented by    **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dimple Desai Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Andrew Hutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Kelly R Kimbrough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie Anne Benitez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keely Rodriguez**

**Defendant**

**Leah Silva**

**Defendant**

**Daniel Ponce**

**Defendant**

**Celeste Escobar**

**Defendant**

**Jill Guidry**

**Defendant**

**Daniel Townsend**

**Defendant**

**Lynsey Adame**      represented by **Kenneth J Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MD Clarence Brooks**      represented by **Jay H Henderson**
Cruse Scott Henderson & Allen
2777 Allen Pkwy
7th Floor
Houston, TX 77019
713/650-6600
Fax: 713/650-1720 FAX
Email: jhenderson@crusescott.com
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2007 | | (Court only) ***Attorney Kenneth J Ferguson for W Lance Goodson and Pfizer Inc, Leslie Anne Benitez for W Lance Goodson,Pfizer Inc, Kelly R Kimbrough for W Lance Goodson,Pfizer Inc, J Andrew Hutton for W |

| | | |
|---|---|---|
| | | Lance Goodson,Pfizer Inc, Dimple Desai Shah for W Lance Goodson,Pfizer Inc added. (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | 1 | NOTICE OF REMOVAL from 153rd JDC, Tarrant County, case number 153-223442-07 filed by W Lance Goodson, Pfizer Inc. (Filing fee $ 350; receipt number FW3415) (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | 2 | Appendix in Support filed by W Lance Goodson, Pfizer Inc re 1 Notice of Removal (Attachments: # 1 # 2) (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | 3 | ADDITIONAL ATTACHMENTS to 2 Appendix in Support by Defendants W Lance Goodson, Pfizer Inc. (Attachments: # 1 # 2 # 3) (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | 4 | ADDITIONAL ATTACHMENTS to 2 Appendix in Support by Defendants W Lance Goodson, Pfizer Inc. (Attachments: # 1) (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | 5 | ADDITIONAL ATTACHMENTS to 2 Appendix in Support by Defendants W Lance Goodson, Pfizer Inc. (Attachments: # 1) (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | 6 | ADDITIONAL ATTACHMENTS to 2 Appendix in Support by Defendants W Lance Goodson, Pfizer Inc. (Attachments: # 1) (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | 7 | DEMAND for Trial by Jury by Pfizer Inc. (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | 8 | Corporate Disclosure Statement by Pfizer Inc identifying None per Statement as Corporate Parent. (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | 9 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Pfizer Inc. (jmb) (Entered: 06/05/2007) |
| 06/05/2007 | | Supplemental Civil Cover Sheet states that an Answer was filed in State Court on May 25, 2007 by Pfizer Inc and on May 31, 2007 by E. Lance Goodson. (jmb) (Entered: 06/05/2007) |
| 06/14/2007 | 10 | MOTION to Stay Proceedings Pending Transfer to In Re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, MDL-1699 by Pfizer Inc with Brief in Support. (csw) (Entered: 06/14/2007) |
| 06/14/2007 | 11 | Appendix of Exhibits filed by Pfizer Inc re 10 MOTION to Stay (csw) Additional attachment(s) added on 6/14/2007 (White, Charlotte). (Entered: 06/14/2007) |
| 06/14/2007 | 12 | ORDER: Court ORDERS plaintiff, Frances Carter, to file a response as to dfts 10 Motion to Stay by 6/27/2007 (Signed by Judge John McBryde on 6/14/2007) (csw) (Entered: 06/14/2007) |
| 06/25/2007 | 13 | ANSWER to Complaint (Notice of Removal) by Robert G Vial, Erica Zeplin, Lynsey Adame, Jeanne L Jalufka (csw) Additional attachment(s) added on 6/25/2007 (White, Charlotte). (Entered: 06/25/2007) |
| | | |

| | | |
|---|---|---|
| 06/27/2007 | 14 | RESPONSE filed by Frances Carter re 10 MOTION to Stay (Attachments: # 1 Text of Proposed Order Denying Defendant Pfizer's Motion for Stay) (Snapka, Kathryn) (Entered: 06/27/2007) |
| 06/28/2007 | 15 | Brief in REPLY filed by Pfizer Inc re 10 MOTION to Stay (csw) (Entered: 06/28/2007) |
| 06/28/2007 | 16 | Appendix of Exhibit filed by Pfizer Inc re 15 Brief in Reply (csw) (Entered: 06/28/2007) |
| 06/29/2007 | 17 | ***UNFILED*** MOTION to Remand to State Court by Frances Carter (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Text of Proposed Order Granting Opposed Motion to Remand) (Snapka, Kathryn) Modified on 7/3/2007 (jmb) (Entered: 06/29/2007) |
| 07/03/2007 | 18 | Order Unfiling 17 MOTION to Remand to State Court filed by Frances Carter due to the following deficiency: Case is NOT designated ECF. Document must be filed conventionally. Case number and Judge Code designation must be in proper form (4:07-cv-335-A). (Signed by Judge John McBryde on 7/3/07) (jmb) (Entered: 07/03/2007) |
| 07/09/2007 | 19 | ***UNFILED PER ORDER 7/9/2007**** *Original* ANSWER to Complaint by Clarence Brooks (Henderson, Jay) Modified on 7/10/2007 (CSW) (Entered: 07/09/2007) |
| 07/09/2007 | 20 | ***UNFILED PER 7/9/2007 ORDER***CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Clarence Brooks. (Henderson, Jay) Modified on 7/10/2007 (CSW). (Entered: 07/09/2007) |
| 07/09/2007 | 21 | Order Unfiling 20 Cert. Of Interested Persons/Disclosure Statement filed by Clarence Brooks due to the following deficiency: Case is not designated for ECF filings. All pleadings must be filed conventionally on paper. (Signed by Judge John McBryde on 7/9/2007) (csw) (Entered: 07/10/2007) |
| 07/09/2007 | 22 | Order Unfiling 19 Answer to Complaint filed by Clarence Brooks due to the following deficiency: Case is not designated ECF. Document must be filed conventionally. (Signed by Judge John McBryde on 7/9/2007) (csw) (Entered: 07/10/2007) |
| 07/19/2007 | 23 | Defendants Original ANSWER to Complaint (Notice of Removal) by Clarence Brooks (jmb) (Entered: 07/19/2007) |
| 07/19/2007 | 24 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Clarence Brooks. (jmb) (Entered: 07/19/2007) |
| 08/20/2007 | 25 | ORDER STAYING ALL PROCEEDINGS PENDING TRANSFER TO MDL-1699...granting 10 Motion to Stay...see order for specifics. (Signed by Judge John McBryde on 8/20/2007) (csw) (Entered: 08/21/2007) |
| 10/17/2007 | 26 | MDL No. 1699 TRANSFER ORDER...pursuant to 28 USC 1407 action is transferred to ND of California and with the consent of that court, assigned to the Hon. Charles R. Breyer for inclusion in the coordinated or |

|  |  |  |
|---|---|---|
|  |  | consolidated pretrial proceedings occurring there in this docket, signed John G. Heyburn II, Chariman, Panel on Multidistrict Litigation (wrb) (Entered: 10/18/2007) |
| 10/18/2007 |  | Interdistrict Transfer to MDL 1699 ND California, San Francisco (wrb) (Entered: 10/18/2007) |
| 10/18/2007 | 27 | Letter to Clerk, ND California regarding transmittal of documents. (wrb) (Entered: 10/18/2007) |