FRANCES CARTER

VS.

PFIZER, INC., JACQUELINE GUERRERO,
BOB DAVIS, JEANNE L. JALUFKA, KYLE M.
NELSON, JASON D. HAHN, ROBERT G.
VIAL, KATHRYN K. TRUITT, KARI A.
MCLUHAN, REYNALDO RIOJAS,
FRANCISCO MEZA, JACK BARINEAU,
ERICA ZEPLIN, DEBORAH QUINONES, W.
LANCE GOODSON, KEELY RODRIGUEZ,
LEAH SILVA, DANIEL PONCE, CELESTE
ESCOBAR, JILL GUIDRY, DANIEL
TOWNSEND AND LYNSEY ADAME AND
CLARENCE BROOKS, M.D.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

MDL DOCKET NO. 1699

CASE DOCKET NO. C07-5398CRB

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO ALL
DEFENDANTS**

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of

plaintiff, Frances Carter, against Defendant Pfizer, Inc., and all other named defendants, be dismissed

in their entirety with prejudice, each party to bear its own costs.

Kathryn Snapka
The Snapka Law Firm
606 N. Carancahua, Suite 1511 (78476)
P.O. Drawer 23017 (78403)
Corpus Christi, Texas
361-888-7676

Attorney for Pfizer, Inc.

Dated: 5-6-09

Dated: May 26, 2009

Pursuant to the terms set forth in the parties' Stipulation, it is so ordered

The Honorable Charles  IT IS SO ORDERED
United States District

Judge Charles R. Breyer